UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEANDRE CRAWFORD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-04216 |
| | ) | |
| | ) | Hon. Mary Rowland |
| WENDY DYBAS, | ) | |
|     Defendant. | ) | |

## STATUS REPORT

On April 16, 2002, the Court issued a minute order and directed the counsel to confirm whether Plaintiff wanted to attend the pretrial conference (Dkt. 129). The Plaintiff indicated even earlier, shortly before the February trial date was rescheduled, that he changed his mind about attending the pretrial conference and that he wanted his appearance waived. The counsel spoke to Plaintiff again on April 21, 2020 and the Plaintiff confirmed his appearance should be waived and that the pretrial conference could proceed without him. In light of this, the counsel did not inquire with the Lawrence Correctional Facility whether video conference would be even possible.

Respectfully submitted,

William Murphy

William P. Murphy
Attorney for Defendant
53 W. Jackson Blvd

1

Suite 1615
Chicago, Illinois 60604
(312) 697-0022

### CERTIFICATE OF SERVICE

     I hereby certify that foregoing was served on April 26, 2020, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

/s/William P. Murphy
William P. Murphy
53 W. Jackson Blvd
Suite 1615
Chicago, Illinois 60604
(312) 697-0022
